An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN BRADLEY HODGES, ON
BEHALF OF HIMSELF AND ALL
SIMILARLY SITUATED INDIVIDUALS
AT HIGH DESERT STATE PRISON,
Appellant,
vs.
DWIGHT NEVEN; JAMES COX;
NEVADA DEPARTMENT OF
CORRECTIONS; AND THE STATE OF
NEVADA,
Respondents.

No. 66233

FILED

DEC 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This proper person appeal purports to challenge a district court order dismissing appellant's underlying action. But the documents before us do not indicate that an order dismissing or otherwise finally resolving appellant's case has been entered below. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) (providing that a final judgment is one that disposes of all issues presented in the case, and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs). As no other appealable determination appears to have been entered below, *see* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken), we conclude we lack jurisdiction to consider this appeal and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. James E. Wilson, District Judge
Steven Bradley Hodges
Attorney General/Carson City
Carson City Clerk